**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

In Re: the Disciplinary Matter of Brian T. Goldstein   Case No.: 2:26-da-00201-JWL-JAR-KHV

Respondent.                                           District Judge John W. Lungstrum

---

**ORDER OF INTERIM SUSPENSION**

On January 23, 2026, Brian T. Goldstein was disbarred from the practice of law in the Supreme Court of Missouri.

Pursuant to Rule 83.6.6(a) of this court, a copy of which is attached, Brian T. Goldstein is hereby temporarily suspended from the practice of law in the United States District Court for the District of Kansas and the Bankruptcy Court for the District of Kansas. This suspension is effective from the date of this order until the date final action is taken in this court regarding Brian T. Goldstein's pending reciprocal discipline, unless the Disciplinary Panel orders otherwise after a hearing.

Brian T. Goldstein may petition for relief from this order of interim suspension by written application for a hearing, directed to a member of the Disciplinary Panel, stating the reasons why he should not be suspended during the pendency of these proceedings. Upon receipt of such a petition, the Disciplinary Panel may set a hearing as provided in Rule 83.6.6(b). In the event a hearing is granted, he shall personally appear before the Disciplinary Panel or a member thereof and show cause why he should not be suspended during the pendency of these proceedings.

IT IS THEREFORE ORDERED that Brian T. Goldstein is hereby suspended from the practice of law in the United States District Court for the District of Kansas and the Bankruptcy Court for the District of Kansas during the pendency of this disciplinary proceeding.

Dated: February 19, 2026.

BY ORDER OF THE COURT:

s/ Skyler B. O'Hara, Clerk